UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
          Plaintiff,

                              Case No. 08-20104
-vs-                         Hon. Robert H. Cleland

MIKE DENO BROWN
          Defendant.

## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION OF DEFENDANT

This matter coming before the Court on Defendant's motion, the Court finds for the reasons stated in the motion that there is reasonable cause to believe that Defendant MIKE DENO BROWN may presently be suffering from a mental disease or defect rendering him mentally incompetent to stand trial. Accordingly, pursuant to the Insanity Defense Reform Act of 1984, 18 U.S.C. §. 4241-4247, it hereby ordered:

That LYLE DANULOFF, Ph.D., License # 1664, 31500 W. Thirteen Mile Rd., Suite 100, Farmington Hills, MI 48334, be appointed, authorized and directed to examine the mental condition of Defendant MIKE DENO BROWN;

That Defendant shall be examined within a reasonable time not to exceed thirty (30) days at the Wayne County Jail in Detroit, Michigan, see id. § 4247(b);

That LYLE DANULOFF prepare, as soon as practical, a written report that includes 1) the Defendant's history and present symptoms; 2) a description of the psychiatric, psychological and medical tests that were employed and their results; 3) the examiner's findings; and 4) the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a

mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, see 18 U.S.C. §. 241(b), 4247( c);

That the examiner promptly submit the written report to this Court and provide copies of the report to defense counsel and the attorney for the government, see id. § 4247 ( c ); and

That the period beginning with the filing of the Defendant's motion on May 11, 2008, and ending with the conclusion of the competency hearing, see id. § 4241 (c ), 4247(d), which will take place after the Court and parties receive the examiner's written report, be deemed excludable delay under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(1)(A), and that the period beginning the day after the conclusion of the competency hearing and ending with the Court's ruling on Defendant's mental competency or with the lapse of 30 days, whichever occurs first, be deemed excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(J).

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 11, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 11, 2008, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522