UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MIKE DENO BROWN,

    Defendant.
                              /

Case No. 08-CR-20104-DT

HON. ROBERT H. CLELAND

### ORDER GRANTING DEFENDANT'S PRO SE MOTION TO DISMISS COUNSEL, APPOINTING THE FEDERAL DEFENDER AND SCHEDULING A STATUS CONFERENCE

This matter comes before the court on Defendant's Pro Se Oral Motion to Dismiss Attorney Henry Scharg. For the reasons stated on the record by counsel, defendant and this court, the Court will grant the motion. Therefore,

IT IS ORDERED that the Motion to Dismiss Attorney Henry Scharg is **GRANTED**. The Federal Defenders Offices is appointed and directed to assign a CJA Panel Attorney to represent the defendant.

A status conference with new counsel and the defendant will be set for **September 2, 2008 at 2:30 pm.**

IT IS FURTHER ORDERED that the time period from July 21, 2008 to September 2, 2008 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(8)(A)(B) and 18 U.S.C. § 3161(H)(8)(B)(iv), and that the ends of

justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: July 22, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 22, 2008, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522