UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              Case No. 08-CR-20104-DT

                              HON. ROBERT H. CLELAND

MIKE DENO BROWN,

    Defendant.

_____/

## ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING

The Defendant appeared before the court on November 5, 2009 to respond and admit to his violation of the following conditions of supervised release:

1) "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance."

2) " The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

For the reasons stated on the record:

IT IS ORDERED that the defendant's supervised release is continued with additional conditions and the violation hearing is continued without date.

IT IS FURTHER ORDERED that the defendant be released from custody and the probation officer is directed to submit the proposed order outlining the new conditions that are imposed.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: November 5, 2009


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 5, 2009, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522