Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

for the

# Eastern District of Michigan

UNITED STATES OF AMERICA

v.

BROWN, Mike Deno                                              Criminal No. 08-20104-01

On August 6, 2009, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. On November 5, 2009, the offender appeared before the Court to address the violations. The Court made the following findings:

__X__   BROWN was continued on supervised release with the following special conditions:

1) The defendant shall be lawfully and gainfully employed on a full-time basis. "Full-time is defined as 40 hours a week. In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week to seeking additional employment. Full time employment (40 hours) or part-time employment and education/job search to equal 40 hours. 2) No termination of employment or behavior to terminate employment. 3) The defendant shall provide written proof of employment on a consistent basis. 4) Zero tolerance. 5) The defendant shall maintain a stable residence or be placed at a Residential Re-entry Center. 6) The defendant shall participate in a program approved by the probation department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. Intensive outpatient treatment, if deemed necessary.

All conditions and special conditions previously imposed remain in full effect. Restitution remains in full effect. Costs waived.

*[handwritten: for any additional drug use or employment interruption attributable to defendant.]*

Respectfully submitted,

S/Heather L. McCamley
United States Probation Officer
(313) 234-5435

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this ____ Day of _____ NOV 10 2009

Robert H. Cleland
United States District Judge